**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                             Case No. 4:06CR00165 SWW

RODNEY DEWAYNE FLOYD
a/k/a DINO

JUDGMENT OF ACQUITTAL

     This action came on for trial on June 19, 2007, before the Court and a jury, the Honorable Susan Webber Wright, United States District Judge presiding.  On June 21, 2007, at the conclusion of the testimony for the parties, arguments of counsel and due deliberation by the jury, a verdict of not guilty was returned on Count I of the indictment.

     IT IS THEREFORE ORDERED AND ADJUDGED that defendant hereby is acquitted of the charge set out in Count I of the indictment and pursuant to the verdict, the defendant hereby is discharged and the Indictment against him is dismissed.

     Dated this 22nd day of June, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE